IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIE LEE BROOKS                                                                                  PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:05cv191HTW-JCS

EDWARD NEAL MARTIN; GEORGE SANDIFER;
AMERICAN NATIONAL BAIL BONDING AGENCY, INC.;
INTERNATIONAL FIDELITY INSURANCE COMPANY;
RONNIE PENNINGTON, IN HIS OFFICIAL CAPACITY
AS SHERIFF OF RANKIN COUNTY, MISSISSIPPI;
RANKIN COUNTY, MISSISSIPPI; WESTERN SURETY
COMPANY AND JOHN AND JANE DOES 1-20                        DEFENDANTS

## ORDER

This day came on to be heard the joint motion of Plaintiff, Willie Lee Brooks, and Edward Neal Martin; American National Bail Bonding Agency, Inc.; George Sandifer; and International Fidelity Insurance Company for dismissal of the above styled and numbered cause, and the Court having found that this case has been fully compromised and settled, and that settlement documents have been executed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that this case is hereby dismissed with prejudice, this the 13th day of May, 2009.

s/ HENRY T. WINGATE
_____
CHIEF UNITED STATES DISTRICT JUDGE

JOINED IN:

/s/ David C. Dunbar/by TR
David C. Dunbar, Esq.
Benny McCalip "Mac" May, Esq.
DUNBARMONROE, PLLC
A1855 Lakeland Drive, Suite R-201
Jackson, Mississippi 39216

Attorneys for the Plaintiff

/s/ William H. Kirksey by TR
William H. Kirksey, Esq.
Post Office Box 33
Jackson, Mississippi 39205

Attorney for American Bonding & George Sandifer


Chuck McRae, Esq.
Post Office Box 33
Jackson, Mississippi 39205

Attorney for Edward Neal Martin


/s/ Thomas E. Royals
Thomas E. Royals, Esq.
200 North Congress Street, Suite 401
Post Office Box 22909
Jackson, MS 39225-2909

Attorney for International Fidelity Insurance Company